**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dartanian LEWIS, Defendant– Appellant.**

No. 03–2324.

United States Court of Appeals, Seventh Circuit.

March 9, 2004.

Mel S. Johnson, Michelle L. Jacobs, Office of the United States Attorney, Milwaukee, WI, for Plaintiff–Appellee.

Andrew J. McGowan, Office of the Federal Public Defender, Peoria, IL, for Defendant–Appellant.

The court's final order and judgment of March 8, 2004, were improvidently issued and are rescinded.